# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Kenton Bradley, | Civil No. 13-cv-824 PAM(/TNL) |
| Petitioner, | |
| v. | |
| | **ORDER** |
| United States of America, | |
| Respondent. | |

---

Based on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 15, 2013 (Docket No. 4), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C.§ 2241(Docket. No. 1) is summarily **DENIED**;

2. Petitioner's application to proceed in forma pauperis (Docket No. 2) is **DENIED**; and

3. This action is summarily **DISMISSED** for lack of jurisdiction.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 24, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge